```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 11289
   SHARON L MALONE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0305

------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 06/25/2007 and was confirmed 11/19/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

     The case was dismissed after confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    NOTICE ONLY    NOT FILED           .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I      .00             .00            .00
CITIZENS BANK             SECURED NOT I  4337.28             .00            .00
COUNTRYWIDE HOME LOANS    SECURED NOT I      .00             .00            .00
COUNTRYWIDE HOME LOANS    UNSECURED      NOT FILED           .00            .00
COOK COUNTY TREASURER     SECURED NOT I      .00             .00            .00
COOK COUNTY TREASURER     UNSECURED      NOT FILED           .00            .00
VILLAGE OF DOLTON         SECURED NOT I      .00             .00            .00
AT & T BANKRUPCTY         UNSECURED      NOT FILED           .00            .00
BENEFICIAL                UNSECURED      NOT FILED           .00            .00
CENTRIX FINANCIAL LLC     UNSECURED      NOT FILED           .00            .00
COMCAST                   UNSECURED      NOT FILED           .00            .00
COMMONWEALTH EDISON       UNSECURED      NOT FILED           .00            .00
DIVERSIFIED CREDIT SERVI  UNSECURED      NOT FILED           .00            .00
FLATRON FINANCE           UNSECURED      NOT FILED           .00            .00
GUARANTY BANK             UNSECURED      NOT FILED           .00            .00
HARRIS & HARRIS           UNSECURED      NOT FILED           .00            .00
HOUSEHOLD FINANCE CO      UNSECURED      NOT FILED           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED      NOT FILED           .00            .00
JUNIPER BANK              UNSECURED      NOT FILED           .00            .00
LHR INC                   UNSECURED      1475.35             .00            .00
NCO FINANCIAL SERVICES    UNSECURED      NOT FILED           .00            .00
NICOR GAS                 UNSECURED      NOT FILED           .00            .00
PAYDAY LOAN STORE OF ILL  UNSECURED      NOT FILED           .00            .00
PENTAGROUP FINANCIAL LLC  UNSECURED      NOT FILED           .00            .00
UNION PLUS CREDIT CARD    UNSECURED      NOT FILED           .00            .00
DEBRA J VORHIES LEVINE    DEBTOR ATTY    2,806.00                       1,123.20
TOM VAUGHN                TRUSTEE                                          76.80
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 11289 SHARON L MALONE
```

```
                              RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      1,200.00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                         1,123.20
TRUSTEE COMPENSATION                                      76.80
DEBTOR REFUND                                               .00
                          ---------------        ---------------
TOTALS                       1,200.00                  1,200.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                  /s/ Tom Vaughn
     Dated: 06/25/08         _____
                                  TOM VAUGHN
                                  CHAPTER 13 TRUSTEE